3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

## DEC 0 8 1998

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| AMFELS, INC. | § | |
| | § | |
| VS. | § | |
| | § | CIVIL ACTION NO. B--98-172 |
| WORLD MARINE TRANSPORT & | § | |
| SALVAGE, INC., GLOBAL MARINE | § | |
| TRANSPORT, INC., AND GEERT C. | § | ADMIRALTY |
| VISSER A/K/A GERARD VISSER, | § | |
| INDIVIDUALLY | § | |

## PLAINTIFF'S DISCLOSURE OF ENTITIES FINANCIALLY
## INTERESTED IN THIS LITIGATION

Pursuant to the Court's request for a list of all entities that are financially interested in this litigation, Plaintiff tenders the following:

1.    Amfels, Inc.
      P.O. Box 3107
      Brownsville, TX  78523

      •    Named Plaintiff.

2.    World Marine Transport & Salvage, Inc.
      Registered Agent:
      ITS, Inc.
      18351 Kuykendahl
      Houston, TX  77391.

      •    Named Defendant.

3.    Global Marine Transport, Inc.
      ITS, Inc.
      18351 Kuykendahl
      Houston, TX  77391

      •    Named Defendant.

4.   Geert C. Visser a/k/a Gerard Visser, President, Director
     and majority shareholder of World Marine Transport &
     Salvage, Inc. and Global Marine Transport, Inc.
     3303 FM 1960 West 320
     Houston, TX  77068

     OR at residence 101 Rainbow Dr., Apt. 5655, Livingston,
     TX  77351.

     •     Named Defendant.

Also, the majority shareholder of the corporations known as
World Marine Transport & Salvage, Inc. and Global Marine
Transport, Inc.

                         Respectfully submitted,

                    By: _____
                         James H. Hunter, Jr.
                         State Bar of Texas No. 00784311
                         Federal I.D. No. 15703
                         Attorney for Plaintiff,
                         AMFELS, INC.


OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas   78523-3509
Telephone:  (956) 542-4377
Telecopier: (956) 542-4370