AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

ORIGINAL

AMFELS, INC.

V.

WORLD MARINE TRANSPORT & SALVAGE, INC., GLOBAL MARINE TRANSPORT, INC., AND GEERT C. VISSER A/K/A GERARD VISSER, INDIVIDUALLY

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-98-172

United States District Court
Southern District of T.
FILED
DEC 17 1998
Michael N. Milby, Clerk of Court

TO: (Name and Address of Defendant)
Global Marine Transport, Inc.
By and Through Its Registered Agent:
I.T.S., INC.
18351 Kuykendahl
Houston, TX 77391

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

James H. Hunter, Jr.
Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
55 Cove Circle
Brownsville, TX 78523-3509

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

_Olivia [signature]_
BY DEPUTY CLERK

DATE  11-18-98

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE 12-7-98 |
| NAME OF SERVER (PRINT) Eddie Gonzalez | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Certified Mail 2735-435-456
18351 Kuykendahl Houston, TX 77391

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/98
_Signature of Server_ Eddie Gonzalez

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (210) 546-1313

_Address of Server_

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

3. Article Addressed to:
Global Marine Transport
Reg. Agent L.T.S. Inc.
18351 Kuykendahl St
Houston, TX 77391

5. Received By: (Print Name)
RALPH HARRISON

6. Signature: (Addressee or Agent)
X Ralph Harrison

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

4a. Article Number
Z 735 435 456

4b. Service Type
☐ Registered   ☒ Certified
☐ Express Mail   ☐ Insured
☐ Return Receipt for Merchandise   ☐ COD

7. Date of Delivery
12-7-98

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994   102595-98-B-0229   Domestic Return Receipt

---

Z 735 435 456
**Receipt for Certified Mail**
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

Sent to: Global Marine Transport
Street and No.: C/o Agent LTS Inc.
P.O., State and ZIP Code: 18351 Kuykendahl Houston, TX 77391

| | |
|---|---|
| Postage | $ .55 |
| Certified Fee | 1.35 |
| Special Delivery Fee | |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | 1.10 |
| Return Receipt Showing to Whom, Date, and Addressee's Address | |
| TOTAL Postage & Fees | $ 3.00 |
| Postmark or Date | |

PS Form 3800, March 1993