AO 440 (Rev 1/90) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF TEXAS

ORIGINAL

AMFELS, INC.

V.

WORLD MARINE TRANSPORT & SALVAGE, INC., GLOBAL MARINE TRANSPORT, INC., AND GEERT C. VISSER A/K/A GERARD VISSER, INDIVIDUALLY

SUMMONS IN A CIVIL ACTION

CASE NUMBER: B-98-172

United States District Court
Southern District of Texas
FILED

DEC 17 1998

Michael N. Milby, Clerk of Court

TO: (Name and Address of Defendant)

World Marine Transport & Salvage, Inc.
By and Through Its Registered Agent:
I.T.S., Inc.
18351 Kuykendahl
Houston, TX 77391

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this Court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

James H. Hunter, Jr.
Ewing E. Sikes, III
ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
P.O. Box 3509
55 Cove Circle
Brownsville, TX 78523-3509

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Michael N. Milby, Clerk

CLERK

_(signature)_
BY DEPUTY CLERK

DATE  11-18-98

AO 440 (Rev. 1/90) Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | 12/7/98 |
| NAME OF SERVER (PRINT) Eddie Gonzalez | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): By Certified Mail Z-735-435-455
18351 Kuykendahl Houston, TX 77391

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 12/7/98
Signature of Server: Eddie Gonz

Professional Civil Process
700 Paredes Ave., #208
Brownsville, Texas 78520
Tel. (210) 546-1313

Address of Server

---

**SENDER:**
- Complete items 1 and/or 2 for additional services.
- Complete items 3, 4a, and 4b.
- Print your name and address on the reverse of this form so that we can return this card to you.
- Attach this form to the front of the mailpiece, or on the back if space does not permit.
- Write "Return Receipt Requested" on the mailpiece below the article number.
- The Return Receipt will show to whom the article was delivered and the date delivered.

I also wish to receive the following services (for an extra fee):
1. ☐ Addressee's Address
2. ☐ Restricted Delivery
Consult postmaster for fee.

3. Article Addressed to:
Waldmann Transport &
Salvage Inc.
Reg Agent
I.T.S. Inc.
18351 Kuykendahl
Houston, TX 77391

4a. Article Number
Z 735 435 455

4b. Service Type
☐ Registered
☐ Express Mail
☒ Certified
☐ Return Receipt for Merchandise
☐ Insured
☐ COD

7. Date of Delivery
12-7-98

5. Received By: (Print Name)
RALPH HARRISON

6. Signature: (Addressee or Agent)
X Ralph Harrison

8. Addressee's Address (Only if requested and fee is paid)

PS Form 3811, December 1994    102595-98-B-0229    Domestic Return Receipt

Z 735 435 455
Receipt for Certified Mail
No Insurance Coverage Provided
Do not use for International Mail
(See Reverse)

Sent to: Waldmann Transport
Street and No: Reg Agent I.T.S.
18351 Kuykendahl
P.O., State and ZIP Code: Houston, TX 77391

| Postage | $ |
| Certified Fee | 55 |
| Special Delivery Fee | 1.35 |
| Restricted Delivery Fee | |
| Return Receipt Showing to Whom & Date Delivered | |
| Return Receipt Showing to Whom, Date, and Addressee's Address | 1.10 |
| TOTAL Postage & Fees | $ 3.00 |
| Postmark or Date | DEC 4 1998 |