6

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

FEB 0 2 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Campbels

versus

World Marine

§
§
§
§
§
§
§

CIVIL ACTION 98cv172

## Order Resetting Conference

The pretrial conference set (initial) 3-18-99, has been reset to: 3-17-99, at 10:45 A.m.

Signed on February 2, 1998 9, at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge

o.
updateddl.