7

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
MAR 17 1999
Michael N. Milby, Clerk of Court

| | |
|---|---|
| JUDGE | Hilda G. Tagle |
| CASE MANAGER | Letty Garza |
| LAW CLERK | ☐ Trevino   ☒ Spencer |
| DATE | 3 — 17 — 99 |
| TIME | 11:20 a.m. — 12:20 p.m. |
| CIVIL ACTION | B — 98 — 172 |
| STYLE | Amfels versus World Marine, et al |

**DOCKET ENTRY**

(HGT) ☐ Hearing; ____ day ☐ Bench or ☐ Jury Trial   (Rptr. Breck Record   )

James Hunter _____ for ☒ Ptf. #____ ☐ Deft. #____
Dan Whitworth _____ for ☒ Ptf. #____ ☐ Deft. #____
_____ for ☐ Ptf. #____ ☐ Deft. #____
_____ for ☐ Ptf. #____ ☐ Deft. #____

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ☐ these topics: _____

☐ Motions taken under advisement: _____
☐ Order to be entered.
☐ Miscellaneous review set: 60 days from today. (5-11-99)
☒ Rulings orally rendered on:
 - Mr. Hunter's oral Rule 1 Motion is Granted
 - Plaintiff's Unopposed Motion to Enlarge Time to Serve Defendant Geert C. Visser and for Substitute Service of Process filed 3/17/99 is Granted.