8

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 0 5 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| PAUL H. SPELL, | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | |
| | § | |
| F/V CAPTAIN KENNY, Official | § | CIVIL ACTION NO. B-98-99 |
| No. 583095, her engines, nets, | § | |
| tackle, apparel, and furniture, | § | |
| in rem, and SEA HARBOR | § | |
| FISHERIES, INC., in personam, | § | |
| Defendants | § | |

### ORDER SETTING HEARING ON
### PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT

CAME ON TO BE CONSIDERED on the _5_ day of ~~March~~ April, 1999, the Plaintiff's Motion for Entry of Default Judgment, and the Court having considered said motion is of the opinion that a hearing should be held on the motion. It is therefore,

ORDERED that Plaintiff's Motion for Entry of Default Judgment be and it is hereby set for hearing on the _13th_ day of _April_, 1999, at _1:00_ o'clock _p_.m.

_____
Judge Presiding

APPROVED & ENTRY REQUESTED:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.

By: _____*Dan Whitworth*_____
James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal I.D. No. 15703
Daniel P. Whitworth
State Bar of Texas No. 24008275
Federal I.D. No. 2319
Attorneys for Plaintiff,
AMFELS, INC.