10

IN THE UNITED STATES DISTRICT COURT
FOR THE SOURTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 0 9 1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AMFELS, INC. § | |
| § | |
| v. § | Civil Action B-98-172 |
| § | |
| WORLD MARINE TRANSPORT & § | (Admiralty) |
| SALVAGE, INC., GLOBAL MARINE § | |
| TRANSPORT, INCL, AND GEERT C. § | |
| VISSER A/K/A GERARD VISSER, § | |
| INDIVIDUALLY § | |

## SUGGESTION OF BANKRUPTY

Comes now JANET CASCIATO NORTHRUP, Chapter 7 Bankruptcy Trustee of the Estate of WORLD MARINE TRANSPORT & SALVAGE, INC., Party in the above referenced proceeding, and the Debtor in the following legal proceeding:

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

In Re: WORLD MARINE TRANSPORT & SALVAGE, INC.,

Bankruptcy Case No. 98-39738-H1-7

Chapter 7

and respectfully suggests to this Court that on September 17 1998, Debtor filed its Chapter 7 Petition in Bankruptcy in the United States Bankruptcy Court for the Southern District of Texas, Houston Division, in the above styled and numbered bankruptcy case. The Bankruptcy Trustee further suggests that any further legal proceedings in this matter, or

execution on any judgment entered herein, be stayed by Section 362 of Title 11 of the United States Bankruptcy Code.

RESPECTFULLY SUBMITTED on April 6, 1999.

Respectfully submitted,

Ann D. Zeigler, TBA #22255980
1415 Louisiana, 37th Floor
Houston, Texas 77002
713/759-0818
713/759-6834 FAX
ATTORNEYS FOR TRUSTEE

OF COUNSEL:
HUGHES, WATTERS & ASKANASE, L.L.P.
1415 Louisiana, 37th Floor
Houston, Texas 77002
713/759-0818
713/759-6834 FAX

CERTIFICATE OF SERVICE

I hereby certify that I served a true and complete copy of the foregoing on all parties required to be served by BLR 9013 as shown below, by first class mail on April 6, 1999.

World Marine Transport & Salvage, Inc.
P. O. Box 6020-272
Spring, TX 77391
    DEBTOR

S. John Mastrangelo
1001 W. Loop, Ste. 710
Houston, TX 77027
    DEBTOR'S ATTORNEY

James H. Hunter, Jr.
Royston, Rayzor, Vickery & Williams, LLP
55 Cove Circle
P. O. Box 3509
Brownsville TX 78523-3509
    ATTORNEY FOR PLAINTIFF

Ann D. Zeigler