IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

1999

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AMFELS, INC. | § |
| | § |
| VS. | § |
| | § CIVIL ACTION NO. B--98-172 |
| WORLD MARINE TRANSPORT & | § |
| SALVAGE, INC., GLOBAL MARINE | § |
| TRANSPORT, INC., AND GEERT C. | § ADMIRALTY |
| VISSER A/K/A GERARD VISSER, | § |
| INDIVIDUALLY | § |

### PLAINTIFF'S DESIGNATION OF ATTORNEY-IN-CHARGE

Comes now Plaintiff, AMFELS, INC., and designates the following attorney-in-charge for all purposes in this litigation:

>   James H. Hunter, Jr.
>   Royston, Rayzor, Vickery & Williams, L.L.P.
>   55 Cove Circle
>   P.O. Box 3509
>   Brownsville, Texas   78523-3509
>   Telephone:  (956) 542-4377
>   Telecopier: (956) 542-4370
>   State Bar No. 00784311
>   Federal ID No. 1570

Plaintiff Amfels respectfully requests that the Clerk take notice of this designation and remove the name of Eddie Sikes from the Clerk's mailing list.

>   Respectfully submitted,
>
>   ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
>
>   By: _____
>   James H. Hunter, Jr.
>   State Bar of Texas No. 00784311
>   Federal I.D. No. 15703
>   55 Cove Circle
>   P.O. Box 3509
>   Brownsville, Texas   78523-3509
>   Telephone:  (956) 542-4377
>   Telecopier: (956) 542-4370
>   Attorneys for Plaintiff,
>   AMFELS, INC.