12

UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
ENTERED

AUG 18 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

Ampels, Inc.

versus

CIVIL ACTION B-98-172

World Marine Transport + Salvage, Inc., et al

## Order Setting Conference

1.    A status conference will be held on:

   November 18, 1999

   at 2:00 p.m.

   Courtroom, Third Floor
   United States Courthouse
   600 East Harrison Street, #306
   Brownsville, Texas 78520.

2.    To insure full notice, each party who receives this notice must send a copy of it to every other party even if they may have been sent one by the court.

3.    Each party shall appear **in person** by an attorney with (a) full knowledge of the facts and (b) authority to bind the client.

4.    The court will decide pending motions, narrow issues, and discuss evidence to be presented at trial. Counsel are to consult among themselves about these matters well in advance. *See* Fed. R. Civ. P. 16.

Signed August 18, 1999, at Brownsville, Texas.

Hilda G. Tagle
United States District Judge