13

# Civil Courtroom Minutes

United States District Court
Southern District of Texas
FILED
NOV 17 1999
Michael N. Milby, Clerk of Court

| | |
|---|---|
| **JUDGE** | Hilda G. Tagle |
| **CASE MANAGER** | Letty Garza |
| **LAW CLERK** | ☐ Nicolas   ■ Koerner |
| **DATE** | 11 — 17 — 99 |
| **TIME** | 11:13 a.m. — 11:22 a.m. |
| **CIVIL ACTION** | B — 98 — 172 |
| **STYLE** | Amfels, Inc. *versus* World Marine |

**DOCKET ENTRY**

(HGT)   ■ Status Conference;           (Rptr.  Breck Record  )

James Hunter              for    ■ Ptf. #_____   ☐ Deft. #_____
Ewing E. Sikes, III       for    ☐ Ptf. #_____   ■ Deft. #_____
Ann de Pender Zeigler     for    Bankruptcy Trustee

☐ All motions not expressly decided are denied without prejudice.
☐ Evidence taken [exhibits or testimony].
☐ Argument heard on:   ☐ all pending motions;   ■ Following motions: Suggestion of Bankruptcy [Dkt. No. 10]
☐ Motions taken under advisement: _____
■ Order to be entered.
☑ Miscellaneous review set:  6-2-2000
☐ Rulings orally rendered on:

1. This case has been **STAYED** based on the Bankruptcy Trustee's filing of a Suggestion of Bankruptcy pursuant to 11 U.S.C. § 362.

Comments:

1. Substitute service was not completed for Defendant Visser because the Plaintiff did not want to violate the bankruptcy stay.

2.      Review deadline was entered.

ClibPDF - www.fastio.com