IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

APR 1 5 2002

Michael N. Milby
Clerk of Court

| | |
|---|---|
| AMFELS, INC. § | |
| § | |
| VS. § | |
| § | CIVIL ACTION NO. B-98-172 |
| WORLD MARINE TRANSPORT & § | |
| SALVAGE, INC., GLOBAL MARINE § | |
| TRANSPORT, INC., AND GEERT C. § | ADMIRALTY |
| VISSER A/K/A GERARD VISSER, § | |
| INDIVIDUALLY § | |

**PLAINTIFF'S NOTICE OF DISMISSAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, AMFELS, INC. and files this its Notice of Voluntary Dismissal of Defendants, WORLD MARINE TRANSPORT & SALVAGE, INC., GLOBAL MARINE TRANSPORT, INC. AND GEERT C. VISSER a/k/a GERARD VISSER, INDIVIDUALLY and, in support thereof, Plaintiff would respectfully show as follows:

I.

Plaintiff files this notice pursuant to F.R.C.P. 41(a)(1)(i) which provides a plaintiff an absolute right to dismiss its case voluntarily without a Court order or the consent of the defendant where the Defendant has not filed an answer or motion for summary judgment.

II.

AMFELS, Inc. is plaintiff. World Marine Transport & Salvage, Inc., Global Marine Transport, Inc. and Geert C. Visser a/k/a Gerard Visser, Individually are defendants.

III.

On November 18, 1998, plaintiff sued defendants.

45053:1008744.1:041202

IV.

Two Defendants have been served with process. None of the defendants filed an answer or a motion for summary judgment.

V.

This case is not a class action, and a receiver has not been appointed.

VI.

This action is not governed by any statute of the United States that requires an order of the Court for dismissal of this case.

VII.

Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

VIII.

This dismissal is without prejudice.

Respectfully submitted,

By: /s/ *[signature]*
James H. Hunter, Jr.
State Bar of Texas No. 00784311
Federal I.D. No. 15703
Attorney for Plaintiff,
**AMFELS, INC.**

OF COUNSEL:

ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377
Telecopier: (956) 542-4370