IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

APR 17 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| AMFELS, INC. § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION B-98-172 |
| § | |
| § | |
| WORLD MARINE TRANSPORT & § | |
| SALVAGE, INC., GLOBAL MARINE § | |
| TRANSPORT, INC., AND GEERT C. § | |
| VISSER A/K/A, GERARD VISSER § | |
| INDIVIDUALLY § | |
| § | |
| Defendant. § | |

### Final Order of Dismissal

BE IT REMEMBERED that on April 16, 2002, the Court considered the Plaintiff's Notice of Dismissal [Dkt. No. 14]. This action is hereby **DISMISSED** without prejudice to refile pursuant to Fed. R. Civ. P. 41(a)(1)(i).

DONE at Brownsville, Texas, this 16 day of April 2002.

Hilda G. Tagle
United States District Judge